The Florida East Coast Railway Company, Plaintiff in Error, vs. John B. Hazel, Defendant in Error.

Writ of error to Circuit Court, St. Johns county; C. L. Collins, Referee.

W. A. MacWilliams, for Plaintiff in Error.

Harry W. Fowler, for Defendant in Error.

This action was brought by the defendant in error against plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed. The motion of counsel for defendant in error for the allowance of an attorney fee for defending the suit in this court is denied.

Decision *Per Curiam.*